TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine Street
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tim.racicot2@usdoj.gov



FILED
OCT 2 9 2018
Clerk, U.S District Court
District Of Montana
Missoula

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18- 25 -BU-DLC |
|---|---|
| Plaintiff, | INFORMATION |
| vs.<br><br>ANN BENNETT HERMANSON, | WIRE FRAUD<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### THE SCHEME TO DEFRAUD

That beginning in approximately September 2009, and continuing through

approximately December 2016, at West Yellowstone, within Gallatin County, in

the State and District of Montana, the defendant, ANN BENNETT

1

HERMANSON, executed a material scheme and artifice to defraud, and for

obtaining money by means of false and fraudulent pretenses and representations.

Specifically, the defendant, ANN BENNETT HERMANSON, in her capacity as a

trustee and fiduciary for several clients' funds, used those funds for her personal

benefit by making unauthorized credit card payments, writing unauthorized checks

to herself and others, and initiating unauthorized electronic funds transfers.

INTERSTATE WIRE

On or about February 5, 2016, at West Yellowstone, within Gallatin County,

in the State and District of Montana, the defendant, ANN BENNETT

HERMANSON, for the purpose of executing the aforementioned material scheme

and artifice to defraud, and for obtaining money by means of material false and

fraudulent pretenses and representations, did knowingly cause to be transmitted in

interstate commerce a wire communication between First Security Bank in

Montana and Bank of America outside Montana, which represented the transfer of

$3,871, in violation of 18 U.S.C. § 1343.

DATED this 29th day of October, 2018.

> KURT G. ALME
> United States Attorney
>
>
> TIMOTHY J. RACICOT
> Assistant U.S. Attorney
> Attorney for Plaintiff

2

KURT G. ALME
United States Attorney
Attorney for Plaintiff

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff